IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYSON IMKAH BAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-22-192-SLP |
| ) | |
| SCOTT CROW, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered March 9, 2022 [Doc. No. 5]. Judge Mitchell recommends that the Court deny Petitioner's application for leave to proceed in forma pauperis based on her finding that Petitioner has sufficient funds to prepay the filing fee of five dollars ($5.00). Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation on or before March 30, 2022, and that failure to timely object waives the right to appellate review of the factual and legal issues therein.

Petitioner has not timely objected to the Report and Recommendation. Accordingly, the Report and Recommendation is ADOPTED and Petitioner's Application for Leave to Proceed in Forma Pauperis [Doc. No. 2] is DENIED. Petitioner is ordered to pay the filing fee of five dollars ($5.00) within fourteen days of the date of this Order. Petitioner is advised that failure to timely pay the filing fee will result in a dismissal without prejudice of this action.

#

#

IT IS SO ORDERED this 20th day of April, 2022.

                                                                                  _____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE